IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM WHITTMAN, | * | |
| *Plaintiff*, | * | Civil Case No. 1:22–cv–1547–SAG |
| v. | * | |
| PPE CASINO RESORTS MARYLAND, LLC, *et al.*, | * | |
| | * | |
| *Defendants*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PPE CASINO RESORTS MARYLAND, LLC'S CORPORATE DISCLOSURE STATEMENT

Defendant PPE Casino Resorts Maryland, LLC, by undersigned counsel, submits its corporate disclosure statement pursuant to Local Rule 103.3.

1. Defendant is a Maryland limited liability company, which is wholly owned by Maryland Live Holdings, LLC, a Delaware limited liability company. Maryland Live Holdings, LLC, is wholly owned by PPE Casino Resorts Maryland Developer, LLC, a Maryland limited liability company. PPE Casino Resorts Maryland Developer, LLC, is owned by a private partnership controlled by members of the Cordish family.

2. There are no corporations, unincorporated associations, partnerships, or other business entities not a party to the case, which have any financial interest in the outcome of the litigation.

Dated: October 20, 2022                       Respectfully submitted,

                                              PILIEROMAZZA, PLLC

                                       By:    /s/ Todd M. Reinecker
                                              Todd M. Reinecker (Bar No. 20782)
                                              Matthew T. Healy (Bar No. 20999)
                                              1910 Towne Centre Boulevard, Suite 250
                                              Annapolis, Maryland, 21401
                                              Telephone:   410–500–5551
                                              Facsimile:   202–857–0200
                                              Email: treinecker@pilieromazza.com
                                              Email: mhealy@pilieromazza.com
                                              **Counsel for Defendants PPE**
                                              **Casino Resorts, LLC & The Cordish**
                                              **Companies, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, a copy of Defendant PPE Casino Resorts Maryland, LLC's, Corporate Disclosure Statement was e-filed via the Court's ECF/CM system and a copy of same was e-mailed to the following non-CM/ECF user:

Mr. William Whittman
7805 Edmuds Way
Elkridge, Maryland, 21075
samigjoka@yahoo.com
**Pro Se Plaintiff**

                                              /s/ Todd M. Reinecker
                                              Todd M. Reinecker (Bar No. 20782)
                                              Matthew T. Healy (Bar No. 20999)
                                              PILIEROMAZZA, PLLC
                                              1910 Towne Centre Boulevard, Suite 250
                                              Annapolis, Maryland, 21401
                                              Telephone:   410–500–5551
                                              Facsimile:   202–857–0200
                                              Email: treinecker@pilieromazza.com
                                              Email: mhealy@pilieromazza.com
                                              **Counsel for Defendants PPE**
                                              **Casino Resorts, LLC & The Cordish**
                                              **Companies, Inc.**